**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LINDSEY A. KRAFT, as Special Administrator of the Estate of RONALD G. KRAFT, JR., deceased, ) ) ) Plaintiff, ) ) v. ) ) MOYALE TRANSPORTERS, LLC, CENTRAL ) TRANSPORT, LLC, VITRAN ILLINOIS, LLC, ) VITRAN EXPRESS, INC., and BRANDON ) GARETH GARRISON, ) ) Defendants. ) | Court No.: 1:17-cv-00979 Honorable Robert W. Gettleman |

**ORDER APPROVING SETTLEMENT OF CLAIMS AND DISTRIBUTION FOR WRONGFUL DEATH**

Upon the petition of the Plaintiff through her attorneys for entry of an order to approve settlement of claims for wrongful death in the amount of $200,000.00 to be paid by Defendants:

1. The settlement amount is fair and reasonable.

2. Counsel for the plaintiff, Clifford Law Offices, P.C. is entitled to fees in the amount of $66,666.67.

7. Counsel for the plaintiff, Clifford Law Offices, P.C. is entitled to reimbursement in the amount of $2,239.29.

8. The net amount distributable relative to the wrongful death cause of action is $131,094.04.

9. At the time of his death, Ronald G. Kraft, Jr. had no children and left as his next of kin his wife, Lindsey A. Kraft.

10. Dependency is found as follows:

| NAME | RELATIONSHIP | % | AMOUNT |
|---|---|---|---|
| Lindsey A. Kraft | Spouse | 100% | $131,094.04 |

IT IS THEREFORE ORDERED that settlement is approved and this case is dismissed against all defendants with prejudice, with parties to bear their own costs.

Date: July 10, 2018

Judge Robert W. Gettleman
United States District Judge

2